UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 03-871 (MJD/JGL)

NORTHWEST AIRLINES,

        Plaintiff,

v.                                                                **ORDER OF REFERRAL**

EDWARD KENNEDY,

        Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Jonathan G. Lebedoff is designated to conduct hearings on all non-dispositive and dispositive motions. In regard to dispositive motions, Magistrate Judge Lebedoff is to submit proposed findings of fact and recommendations of law on any motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Jonathan G. Lebedoff.

Dated: June 11, 2003

                                                                 Michael J. Davis, Judge
                                                                  United States District Court

JUN 1 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK