UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 03-871 (MJD/JGL)

NORTHWEST AIRLINES, INC.,

      Plaintiff,

v.                                        **PRETRIAL ORDER**

EDWARD THOMAS KENNEDY,

      Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2003;

2. The period during which the parties may seek discovery shall be completed by February 1, 2004;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2004;

4. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2004; and

5. This case will be considered "ready for trial" as of May 1, 2004.

DATED: July 31, 2003

                                          JONATHAN LEBEDOFF
                                          Chief U.S. Magistrate Judge

Filed JUL 3 1 2003
Richard D. Sletten, Clerk
Judgment Entd._____
Deputy Clerk_____