AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Northwest Airlines, Inc.,

V.

Edward Thomas Kennedy

**JUDGMENT IN A CIVIL CASE**

Case Number: 03-871 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's motion for summary judgment and motion for Injunction is GRANTED.

_____November 5, 2003_____      _____RICHARD D. SLETTEN, CLERK_____
Date

                                              _____
                                              (By)            Mary Kaye Conery,   Deputy Clerk

Modified:03/10/03